AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tron Manuel Littlejohn,<br>*Plaintiff*<br>v.<br>Jon Ozmint, Dennis Patterson, et al.,<br>*Defendant* | Civil Action No.   1:10-cv-2332-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge, who adopts the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge.

Date:  September 13, 2011                              *CLERK OF COURT*

                                                       s/Meredith Cotton
                                                       *Signature of Clerk or Deputy Clerk*