AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Tron Manuel Littlejohn, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:10-cv-2332-TLW |
| Jon Ozmint, Dennis Patterson, et al., | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge, who adopts the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge.


Date:   September 13, 2011                                         *CLERK OF COURT*


                                                                    s/Meredith Cotton
                                                                *Signature of Clerk or Deputy Clerk*